UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| NATHAN MAXWELL BENFORD, | ) | |
| | ) | |
| *Petitioner,* | ) | |
| v. | ) | Nos. 1:04-cv-120 / 1:98-cr-77-02 |
| | ) | *Edgar / Lee* |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Respondent.* | ) | |

## MEMORANDUM AND ORDER

Federal prisoner Nathan Maxwell Benford ("Benford") moves *pro se* to vacate, set aside, or correct his judgment of conviction and sentence pursuant to 28 U.S.C. § 2255. This case was referred to United States Magistrate Judge Susan K. Lee under 28 U.S.C. § 636(b)(1)(B) for a report and recommendation. Magistrate Judge Lee filed her report and recommendation on February 7, 2006. [Court Doc. 7]. The parties have not timely filed any objections.

After reviewing the record, the Court hereby **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b). For the reasons expressed in the Magistrate Judge's report and recommendation, Benford's § 2255 motion shall be **DENIED and DISMISSED WITH PREJUDICE**. A separate judgment will enter.

SO ORDERED.

ENTER this *8th day of March, 2006*.

                                                   */s/ R. Allan Edgar*
                                                   R. ALLAN EDGAR
                                       UNITED STATES DISTRICT JUDGE